

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-21-00387-CV

Donald W. **TAYLOR**,
Appellant

v.

Clark **ASPY**, Madison Preston and Naman Howell Smith & Lee, PLL,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16670
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

On May 2, 2022, this court received appellant's brief. The brief violates the Texas Rules of Appellate Procedure in that it:

1. does not contain an index of authorities with appropriate citations to page numbers, *see* TEX. R. APP. P. 38.1(c);

2. does not contain a clear and concise argument with citations to legal authority, *see* TEX. R. APP. P. 38.1(i);

3. does not contain an appendix including the necessary contents required by the Rules, *see* TEX. R. APP. P. 38.1(k).

We recognize appellant is acting pro se on appeal. But "a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." *Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 677 (Tex. App.—Dallas 2004, pet. denied). We therefore ORDER that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief in compliance with the Texas Rules of Appellate Procedure **no later than May 25, 2022** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____

Irene Rios, Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2022.



_____

Michael A. Cruz,
Clerk of Court